UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CHARLES RYAN,

Plaintiff,

vs.                                                                 Case No.: 6:12-cv-53-Orl-31DAB

GC SERVICES LIMITED PARTNERSHIP,

Defendant.
_____/

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Having amicably resolved all matters in controversy and pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), CHARLES RYAN, Plaintiff herein, voluntary dismisses this action with prejudice as to GC SERVICES LIMITED PARTNERSHIP, Defendant herein, with each party to bear its own attorneys' fees and costs.

Dated: March 5, 2012                          Respectfully submitted,

                                              /s/ J. Dennis Card, Jr.
                                              J. Dennis Card, Jr., Esq.
                                              E-mail: DCard@cardandglenn.com
                                              Florida Bar No. 0487473
                                              Card & Glenn, P.A.
                                              2501 Hollywood Boulevard, Suite 100
                                              Hollywood, Florida 33020
                                              Telephone: (954) 921-9994
                                              Facsimile: (954) 921-9553
                                              Attorney for Plaintiff